UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00 - 6317 CR-FERGUSON**

8 U.S.C. §1326(a)and(b)(1)&(2)
18 U.S.C. §1546(a)

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA          )
                                  )
        Plaintiff,                )
                                  )
v.                                )
                                  )
PETER AUSTIN HOLLAND,             )
a/k/a "Jimmy Lee Murray,"         )
                                  )
        Defendant.                )
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 12, 2000, at Broward County, in the Southern District of Florida the defendant,

**PETER AUSTIN HOLLAND,**
a/k/a "Jimmy Lee Murray,"

an alien, having been deported on or about August 13, 1998 and subsequent to a conviction for the commission of an aggravated felony, was found in the United States knowingly and without the Attorney General having expressly consented to such alien's reapplying for admission into the United States, in violation of Title 8, United States Code, Section 1326(a)and (b)(1) & (2).



**COUNT II**

On or about November 20, 1998, at Miami-Dade County in the Southern District of Florida the defendant,

**PETER AUSTIN HOLLAND**
a/k/a "Jimmy Lee Murray,"

did knowingly utter, use, attempt to use, and possess, a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a U.S. passport which the defendant knew to be procured by means of a false claim or statement or otherwise procured by fraud or unlawfully obtained, in that the defendant in applying for said passport in 1995, fraudulently claimed to be "Jimmy Lee Murray," a United States Citizen, when in truth and in fact, the defendant well knew his identity to be PETER AUSTIN HOLLAND, a Jamaican citizen and used said passport to illegally enter the United States at Miami International Airport, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| PETER AUSTIN HOLLAND _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

____Miami     ____Key West
_X_FTL      ____WPB     ____FTP

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  ____No____
   List language and/or dialect _____

4. This case will take  __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | _X_ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)   ____No____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   __01-13-00__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes _X_ No

   _____
   ASSISTANT UNITED STATES ATTORNEY
   Attorney No. A5500005

*Penalty Sheet(s) attached                                                                REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendant's Name: __PETER AUSTIN HOLLAND__   No.: _____

Count #: 1

Reentry of deported felon in violation of 8 U.S.C. 1326(a) & (b)(2)

*Max Penalty:  A term of imprisonment of not more than 20 years' or a fine up to $250,000, or both

Count #: 2

Fraud and misues of visas, permits, and other documents in violation of 18 U.S.C. 1546(a)

Max Penalty: A term of imprisonment of not more than 10 years' or a fine of up to $250,000, or both

Count #: 3

*Max Penalty: _____

Count #: 4

*Max Penalty: _____

Count #: 5

*Max Penalty: _____

Count #: 6

*Max Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96