## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PETER AUSTIN HOLLAND
a/k/a/ "Jimmy Lee Murray"

**WARRANT FOR ARREST**

CASE NUMBER: **00-6317**

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PETER AUSTIN HOLLAND MAGISTRATE JUDGE
                                              Name                              SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

**charging him or her with** (brief description of offense)

**RE-ENTRY AFTER DEPORTATION**

in violation of Title **8** United States Code, Section(s) **1326 (a) and (b)(1) & (2); 1546(a)**

Clarence Maddox                                    Court Administrator/Clerk of the Court
Name of Issuing Officer                            Title of Issuing Officer

*Lenny Butler* [signature]                         Nov. 2, 2000 - Ft. Lauderdale, Fl.
Issuing Officer                                    Date and Location

Bail fixed at $ *Pretrial Detention*               BARRY S. SELTZER [signature]
                                                   by UNITED STATES MAGISTRATE JUDGE
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest