# United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____ 520/81

UNITED STATES OF AMERICA

V.

PETER AUSTIN HOLLAND
a/k/a/ "Jimmy Lee Murray"

## WARRANT FOR ARREST

CASE NUMBER: 00-6317

CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ PETER AUSTIN HOLLAND _____
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

**charging him or her with** (brief description of offense)

**RE-ENTRY AFTER DEPORTATION**

in violation of Title __8__ United States Code, Section(s) __1326 (a) and (b)(1) & (2); 1546(a)__

____Clarence Maddox____   ____Court Administrator/Clerk of the Court____

Name of Issuing Officer   Title of Issuing Officer

/s/ Jenny Butler   Nov. 2, 2000 - Ft. Lauderdale, FL.

Issuing Officer   Date and Location
P.S.

Bail fixed at $ __Pretrial Detention__   **BARRY S. SELTZER**
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
Picked up by USMS in Panama City, FL

| DATE RECEIVED 11/02/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/17/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |

3

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ PETER AUSTIN HOLLAND _____

ALIAS: _____ JIMMY LEE MURRAY _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____August 21, 1963_____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____5" 9"_____ WEIGHT: ._____200_____

SEX: ____Male_____ RACE: _____Jamaican/Black_____

HAIR: _____Black_____ EYES: _____Brown_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____764218MA6_____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __INS S/A DALE FIEQUETTE (305) 654-3350_____