U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Peter Austin Holland (J)#    CASE NO: 00-6317-CR- Ferguson
AUSA: Scott Behnke /Harry Bardfeld/    ATTNY: Robert Farnsworth
AGENT: _____    VIOL: _____
PROCEEDING: Initial Appearnce    BOND REC: PTD
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED: APD
___ BOND SET @ $250,000 Corp Surety w/Nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

△ - advised of charges
△ - Sworn for Counsel
No Bond hrg held
Both sides will
Stip. to $250,000 CSB
Reserving Right
to proceed w/
PTD at a Later date

Reading of indictment waived
Not Guilty plea entered
[illegible]

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 12-13-00    11:00    LSS
DATE: 11-28-00    TIME: 11:00am    TAPE # 00-194    PG # 2
2600-3068
3700-3770