UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6317-CR-Ferguson

UNITED STATES OF AMERICA

vs
Peter Holland

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    11-28-00   , where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

|  |  |
|---|---|
| DEFENDANT: | In Custody |
|  | Address:_____ |
|  | _____ |
|  | Telephone:_____ |
| DEFENSE COUNSEL: | Name: FPD _____ |
|  | Address:_____ |
|  | _____ |
|  | Telephone:_____ |

BOND SET/CONTINUED:   $ Both sides stipulate to $250,000 CSB w/nebbia
reserving right to proceed w/PTD hearing at a later date.
Bond hearing held: yes_____   no_X__  Bond hearing set for_____

Dated this __28__ day of __November_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-94_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services