UNITED STATES DISTRICT COURT
Southern District of Florida

NOV 29 00

U.S. Marshal # 01091-265

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6317-WDF
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )             ACTION
                          )
PETER AUSTIN HOLLAND      )
              Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 11-27-00 _____ am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: RE-ENTRY AFTER DEPORTATION

(4)  U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 8-23-63

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____  (9) Arresting Officer: _____

(10) Agency: USMS           (11) Phone: _____

(12) Comments: _____