AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of FLORIDA

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
| v. | **DISTRICT** |
| PETER AUSTIN HOLLAND | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6317-CR-Ferguson | 5:00M041-LAB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   8   U.S.C. § 1326(a) and (b)(1) & (2); 1546(a)

**DISTRICT OF OFFENSE**
Southern District of Florida

**DESCRIPTION OF CHARGES:**

Re-Entry after deportation

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 16, 2000
Date                          United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| CERTIFIED A TRUE COPY ROBERT A. MOS... UNITED STATES MARSHAL By: Deputy Clerk | (BY) DEPUTY MARSHAL | U.S. DIST. FLA. NORTHERN DIST. FLA. PANAMA CITY, FLA. 00 NOV 16 PM 3:40 |

— 4 —

FILED

```
                                                      CLOSED
                    U.S. District Court
         Northern District of Florida (Panama City)

         CRIMINAL DOCKET FOR CASE #: 00-M -41-ALL

USA v. HOLLAND                                 Filed: 11/16/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Larry A Bodiford

PETER AUSTIN HOLLAND (1)
     defendant


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE
```

```
INTERNAL USE ONLY: Proceedings include all events.
5:00m 41-ALL USA v. HOLLAND
                                                        CLOSED
PETER AUSTIN HOLLAND

          defendant


========================

USA

          plaintiff


U. S. Attorneys:

  NONE
```

```
INTERNAL USE ONLY: Proceedings include all events.
5:00m 41-ALL USA v. HOLLAND
                                                              CLOSED
11/16/00  1    Removal hearing minutes as to PETER AUSTIN HOLLAND    Court
               Reporter: magistrate tape (sjw) [Entry date 11/21/00]

11/16/00  2    WAIVER of Rule 40 Hearings by PETER AUSTIN HOLLAND (sjw)
               [Entry date 11/21/00]

11/16/00  3    CJA 23 Financial Affidavit by PETER AUSTIN HOLLAND (sjw)
               [Entry date 11/21/00]

11/16/00  4    ORDER of COMMITMENT TO ANOTHER DISTRICT   (Southern District
               of Florida, Miami Division 00-6317 cr ferguson) by
               Magistrate Judge Larry A. Bodiford as to PETER AUSTIN
               HOLLAND Copies sent as noted on document. (sjw)
               [Entry date 11/21/00]

11/21/00  --   **Case closed as to PETER AUSTIN HOLLAND  (all defendants).
               (sjw) [Entry date 11/21/00]

11/21/00  --   FILE location: mailed docket sheet and original documents
               to clerk's office, USDC, Miami, Fl. (sjw)
               [Entry date 11/21/00]
```

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| VS. | FOR | |
| | AT | |

**PERSON REPRESENTED** (Show your full name): Peter Austin Holland

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

Re-Entry After Deportation

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $10,200  SOURCES *wife - Florida Lottery payment monthly
Total winnings 28 million split
5 family members

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $450,000  DESCRIPTION 5 bedroom home, standard lot, purchased 4/99. Monthly payments $3,000.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Marva Holland

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Pay't |
|---|---|---|
| APARTMENT OR HOME: House payment | $ | $ 3,000 |
| Utilities | $ | $ 400 |
| Groceries | $ | $ 400 |
| Insurance | $ | $ 120 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
X Peter Holland

00 NOV 16 PM 3:40
11/16/00

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

FILED

※ Note: Defendant is presently divorcing and wife is only source of income.

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# United States District Court

NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PETER AUSTIN HOLLAND

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 5:00M041-LAB

I, _____Peter Austin Holland_____, understand that in the _____Southern_____ District of _____Florida_____, charges are pending alleging violation of _8 U.S.C. §§ 1328(a) and (b)(1) & (2); 1546(a)_ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

November 16, 2000
Date

_____
Defense Counsel

00 NOV 16 PM 3: 40

FILED

- 2 -

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

Case No. __5:00M041-LAB__     Date: __November 16, 2000__

DOCKET ENTRY:  INITIAL APPEARANCE ON **INDICTMENT**

PRESENT:  Honorable Larry A. Bodiford, United States Magistrate Judge
Susan A. Mayo, Deputy Clerk
Tape No. __00-_____, Reporter
__Greg Miller_____, Asst. U. S. Attorney
__None present_____, Defense Attorney (Retained/Appt'd)
__Peter Austin Holland__, Defendant
____ Custody; ____ Bond; _XX_ O/R

**PROCEEDINGS:**

✓ Defendant advised that he is before a United States Magistrate Judge.

✓ Defendant advised of charges against him, penalties and fines.

✓ Defendant advised not to make any statement before consulting an attorney.

✓ Defendant advised of his right to hire counsel or have counsel appointed.

✓ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

  Defendant appointed the services of the Federal Public Defender (see separate order)

  Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

  Defendant will hire his own Counsel:

✓ Defendant waived counsel for these proceedings only.

  Defendant advised of his right to reasonable bail.

  Government moves for a temporary detention hearing.

  Detention hearing scheduled for:_____

  Bond Set (See separate order of conditions of release.

✓ △ waived identity & removal and agrees to be transported to the Souther District of Florida to face charges.

00 NOV 16 PM 3:40

- 1 -

FILED

```
           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                  PANAMA CITY DIVISION
```

UNITED STATES OF AMERICA            DOCKET NO: __5:00M041-LAB__
                                    APPEARANCE
vs.                                 DATE: __November 16, 2000__

PETER AUSTIN HOLLAND ___

----------------------------------------------------------------
         INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE

   I, LARRY A. BODIFORD, United States Magistrate for the Northern District of Florida, do hereby certify that the Defendant appeared with_____ without__✓__ an attorney, and that I have this date advised the Defendant of the following rights and taken the following action:

__✓__ 1.   Advised that he/she is before a United States Magistrate

__✓__ 2.   Advised of the charge or charges

__✓__ 3.   Advised that he/she does not have to make any statement; that he/she has a right to consult with an attorney before making any statement; that any statement that he/she makes could be used against him/her

__✓__ 4.   Advised of right to hire an attorney, or have an attorney appointed if, after inquiry, Defendant is found to be unable to hire an attorney

__✓__ 5.   Defendant executed CJA Form 23

_____ 6.   Federal public defender appointed after determination defendant unable to hire an attorney

__✓__ 7.   Defendant waived an attorney for initial appearance proceedings only

__✓__ 8.   Advised that waiver does not prevent representation by an attorney for trial or any other judicial proceedings

_____ 9.   Defendant signed_____ refused to sign_____ waiver after having waived an attorney

_____ 10.  Advised Defendant that he/she should obtain and file CJA 23 if Defendant subsequently decides to request appointment of an attorney

                                              00 NOV 16 PM 3: 40


                                                    FILED

_____11. Defendant admitted financial ability to employ an attorney
Attorney:_____

_____12. Defendant admitted_____ Magistrate found_____ Defendant is financially able to employ an attorney

_____13. Advised of right to preliminary hearing as to probable cause on the charge/charges filed

_____14. Advised no right to preliminary hearing

_____15. Advised of right to waive preliminary hearing

_____16. Advised of right to subpoena witnesses and produce evidence at preliminary hearing

_____17. Advised of the consequences of waiver of preliminary hearing

_____18. Advised of the consequences after preliminary hearing

_____19. Waived preliminary hearing

_____20. Fix date and time for preliminary hearing

_____21. Fix date and time for arraignment

_____22. Defendant ordered discharged

_____23. Defendant ordered bound over to District Court

_____24. Advised of right to have reasonable bond set

_____25. Bail set
(Amount $_____ Type _____)

_____26. Defendant released on bail

_____27. Defendant committed.

LARRY A. BODIFORD
UNITED STATES MAGISTRATE

Judge's Notes:
_____ Rule 40 to S.D. of Florida _____

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

PETER AUSTIN HOLLAND
a/k/a/ "Jimmy Lee Murray"

**WARRANT FOR ARREST** 041

CASE NUMBER **00-6317**

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PETER AUSTIN HOLLAND MAGISTRATE JUDGE
                                                Name                              SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

**RE-ENTRY AFTER DEPORTATION**

in violation of Title _8_ United States Code, Section(s) 1326 (a) and (b)(1) & (2); 1546(a)

Clarence Maddox                              Court Administrator/Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  Nov. 2, 2000 - Ft. Lauderdale, FL.
Issuing Officer                              Date and Location
    P.S.
Bail fixed at $ Pretrial Detention           BARRY S. SELTZER [signature]
                                             by UNITED STATES MAGISTRATE JUDGE
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6317 CR-FERGUSON**

8 U.S.C. §1326(a) and (b)(1) & (2)
18 U.S.C. §1546(a)

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. )
)
PETER AUSTIN HOLLAND, )
a/k/a "Jimmy Lee Murray," )
)
Defendant. )
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about January 12, 2000, at Broward County, in the Southern District of Florida the defendant,

**PETER AUSTIN HOLLAND,**
a/k/a "Jimmy Lee Murray,"

an alien, having been deported on or about August 13, 1998 and subsequent to a conviction for the commission of an aggravated felony was found in the United States knowingly and without the Attorney General having expressly consented to such alien's reapplying for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1) & (2).

## COUNT II

On or about November 20, 1998, at Miami-Dade County in the Southern District of Florida the defendant,

**PETER AUSTIN HOLLAND**
a/k/a "Jimmy Lee Murray,"

did knowingly utter, use, attempt to use, and possess, a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a U.S. passport which the defendant knew to be procured by means of a false claim or statement or otherwise procured by fraud or unlawfully obtained, in that the defendant in applying for said passport in 1995, fraudulently claimed to be "Jimmy Lee Murray," a United States Citizen, when in truth and in fact, the defendant well knew his identity to be PETER AUSTIN HOLLAND, a Jamaican citizen and used said passport to illegally enter the United States at Miami International Airport, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

*Leonard Ott*
FOREPERSON

*Celia O'Pass for*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Scott H. Behnke*
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO. _____

v.                                 **CERTIFICATE OF TRIAL ATTORNEY***

PETER AUSTIN HOLLAND               Superseding Case Information:

Court Division: (Select One)       New Defendant(s)      Yes ___ No ___
                                   Number of New Defendants ___
___Miami    ___Key West            Total number of counts ___
_X_FTL      ___WPB    ___FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    ___No___
   List language and/or dialect   _____

4. This case will take ___3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       _X_    Petty       ___
   II   6 to 10 days      ___    Minor       ___
   III  11 to 20 days     ___    Misdem.     ___
   IV   21 to 60 days     ___    Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)    _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of    _01-13-00_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                   _____
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Attorney No. A5500005

*Penalty Sheet(s) attached                                        REV.5/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: __PETER AUSTIN HOLLAND__   No.: _____

Count #: 1
Reentry of deported felon in violation of 8 U.S.C. 1326(a) & (b)(2)

*Max Penalty: A term of imprisonment of not more than 20 years' or a fine up to $250,000, or both

Count #: 2
Fraud and misuses of visas, permits, and other documents in violation of 18 U.S.C. 1546(a)

Max Penalty: A term of imprisonment of not more than 10 years' or a fine of up to $250,000, or both

Count #: 3

*Max Penalty: _____

Count #: 4

*Max Penalty: _____
Count #: 5

*Max Penalty: _____
Count #: 6

*Max Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 121294