HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PETER AUSTIN HOLLAND__  CASE NO: __00-6317-CR-FERGUSON__ L
AUSA __SCOTT BEHNKE__ /Nicholson ATTY FPD _Demure for Welch_
possible plea - disc out     00-065/p 3501

DEFT __GLENN SPLAIN__  CASE NO: ~~00-6260-CR-DIMITROULEAS~~
AUSA __ROBIN ROSENBAUM__ /Nicholson ATTY FPD _Demure for Smargon_
poss plea      @ 3556

DEFT __DOUGLAS COLWELL__  CASE NO: ~~00-6248-CR-DIMITROULEAS~~
AUSA __BRUCE BROWN__  ATTY __FPD__
disc Not out - trial set          @ 3606
M/due 12/29

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DATE __12/13/00__  TIME __11:00__

14