UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6317-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,      :

        Plaintiff,     :

v.                              :

PETER AUSTIN HOLLAND,           :

        Defendant.     :

_____

**STATUS REPORT**

A status conference was held in this cause on December 13, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this __14__ day of December, 2000.

                              /s/ Lurana S. Snow
                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Scott Behnke (FTL)
AFPD Daryl Wilcox (FTL)

