SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED MAR 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE # 00-6317-CR-WDF

DEFENDANT Peter Holland

JUDGE _____ WILKIE D. FERGUSON

Deputy Clerk __ TROY T. WALKER

DATE March 29, 2001

Court Reporter __ Paul Haferling

USPO _____

AUSA Scott Behnke

Deft's Counsel Daryl Wilcox, FPD

COUNTS DISMISSED ____ All Others ____
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment    Years    Months 57    Counts One    Rights to appeal

Supervised Release  3 y/8  (see J & C for further details)

Probation    Years    Months    Counts

Comments: Motion for Downward Departure is DENIED

Assessment $ 100.00        Fine $ None

Restitution /Other _____

CUSTODY
✓ Remanded to the Custody of the U. S. Marshal Service ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____