FILED by /s/ D.C.

JAN 23 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 00-6317-CR-FERGUSON

Vs.

PETER HOLLAND
        Defendant
_____/

**ORDER TO RESPOND**

THIS CAUSE is before the Court on the defendant, Peter Holland's Motion for Reduction of Sentence.

The government, represented by Assistant United States Attorney Scott Behnke, is hereby **ORDERED** to respond within fifteen (15) days, to the above-mentioned motion.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 23rd day of January 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Scott Behnke, AUSA
Peter Holland, Pro se